# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

NICOLAS ALLEN, ON BEHALF OF
HIMSELF AND ALL OTHERS
SIMILARLY SITUATED;

      Plaintiff,

V.                            Case No. 4:22-cv-00421-RK

FORNEY INDUSTRIES, INC.,,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

      The Court ORDERS that (1) Defendant's motion to dismiss under Rule 12(b)(1) for lack of subject-matter jurisdiction is DENIED, and (2) Defendant's motion to dismiss under Rule 12(b)(6) for failure to state a claim is GRANTED. Because Counts II-V are barred by the economic loss doctrine, they are DISMISSED with prejudice. Counts I and VI are DISMISSED without prejudice.

    **IT IS SO ORDERED.**

Dated: January 25, 2023                           /s/ Paige Wymore-Wynn
                                                     Clerk of the Court

Entered: January 26, 2023                      /s/ LaTandra Wheeler
                                                      Deputy Clerk